IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01702-BNB

MR. THOMAS T. VALDEZ,

      Plaintiff,

v.

MR. HICKENLOOPER, Governor, et al.,

      Defendants.

---

## ORDER OF DISMISSAL

---

      Plaintiff, Thomas T. Valdez, is a prisoner in the custody of the Colorado

Department of Corrections.  Mr. Valdez initiated this action by filing *pro se* a "Motion for

Leave to File Extended Complaint" (ECF No. 1) in which he alleged that he intends to

file a civil action.  The instant action was commenced and, on June 19, 2014, Magistrate

Judge Boyd N. Boland entered an order directing Mr. Valdez to cure certain deficiencies

if he wished to pursue any claims.  Specifically, Magistrate Judge Boland directed Mr.

Valdez to file on the court-approved form a Prisoner Complaint and either to pay filing

and administrative fees totaling $400.00 or to file on the court-approved form a

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915

along with a certified copy of his inmate trust fund account statement and an

authorization to calculate and disburse filing fee payments.  Mr. Valdez was warned that

the action would be dismissed without further notice if he failed to cure the deficiencies

within thirty days.

On July 17, 2014, Mr. Valdez filed a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Prisoner's Complaint 42 U.S.C. § 1983 (ECF No. 4) along with a certified copy of his inmate trust fund account statement. However, he has failed to cure all of the deficiencies within the time allowed because he has failed to file on the proper form a Prisoner Complaint and he has failed to submit an authorization to calculate and disburse filing fee payments in support of the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Valdez failed to cure all of the deficiencies as directed. It is

FURTHER ORDERED that the "Motion for Leave to File Extended Complaint" (ECF No. 1) and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Prisoner's Complaint 42 U.S.C. § 1983 (ECF No. 4) are DENIED as moot. It is

2

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  29th  day of ____July____, 2014.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court

3